**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number   2024-CA-0182

Robert J. Melancon and Linda G. Melancon

- - Versus - -

The Memorial Hall Foundation, Inc., The Memorial Hall
Museum, Inc., and James H. Cohen and Sons, Inc.

17th Judicial District Court
Case #: 135917
Lafourche Parish

On Application for Rehearing filed on   10/04/2024 by The Memorial Hall Museum, Inc.

Rehearing _____ Denied _____

Elizabeth Wolfe

Hunter Greene

Katherine Tess Stromberg

OCT 29 2024

Rodd Naquin, Clerk